UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PIERRE MENELAS AND
CATHERINE MENELAS,

       PLAINTIFF(S),

CASE NO: 6:23-cv-1137-PGB-RMN

VS.

CENTURY SURETY COMPANY,

   DEFENDANT.
_____

## NOTICE OF SETTLEMENT

**NOTICE IS GIVEN** that on March 4, 2024, all parties and their respective parties have agreed at mediation and the conflict has been completely resolved.

Respectfully Submitted,

By:   /s/ Steven K. Teuber
      Steven K. Teuber, Esq.
      Florida Bar No. 14790

**Conflict Resolution Services, LLC**
P.O. Box 49885
Sarasota, Florida 34230

Phone: (239) 288-4210
Email: STeuber@CRSSWFL.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __04__ day of March, 2024, I filed a true and accurate copy of the foregoing with the Middle District of Florida, by using the PACER, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Hilda Roman, Esq. | Holly M. Johnson, Esq. |
| **Korin Law, P.A.** | **SIMON, REED & SALAZAR, P.A.** |
| Plaintiff's Counsel | Defendant's Counsel |
| | |
| **Email Service List:** | **Email Service List:** |
| Hilda@KorinLaw.com | hjohnson@simonreedlaw.com |
| charlyn@korinlaw.com | msimon@simonreedlaw.com |
| | jrauchwarg@simonreedlaw.com |
| | kmiller@simonreedlaw.com |
| | Carolyn.Kelly@ameritrustgroup.com |

By: __/s/ Steven K. Teuber__